**COMMONWEALTH of Pennsylvania,** Respondent

v.

Steven Rene **GUZMAN–RODRIGUEZ,** Petitioner

No. 774 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**